# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| United States of America<br>v.<br>William Normandin, YOB: 1978<br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.   1:20MJ103LDA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  08/11/2019  in the county of _____ in the _____ District of  Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2); and | Distribution of child pornography; and |
| 18 U.S.C. § 2252(a)(4). | Access with intent to view child pornography. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent James V. Richardson of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI").

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent James V. Richardson - HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  October 29, 2020

*Judge's signature*

City and state:  Providence RI

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*