**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A CRIMINAL COMPLAINT
AND ARREST WARRANT**

I, James V. Richardson, a Special Agent (SA) with Homeland Security Investigations, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.  I have been employed as a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI") since 2009, and am currently assigned to the office of the Resident Agent in Charge (RAC), Providence, RI. While employed by HSI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center in Brunswick, GA, and as a member of the Rhode Island Internet Crimes Against Children (ICAC) Task Force conducting these types of investigations. I have investigated child pornography cases and related sexual offenses on a full time basis since approximately January 2010. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have conducted and assisted in conducting numerous investigations into the violation of both state and federal laws relating to the possession, receipt, transportation, distribution, and production of child pornography and obscene visual representations of the sexual abuse of children over the Internet. I have reviewed hundreds of images and videos of actual and suspected child pornography, child

erotica, and obscene visual representations of the sexual abuse of children.  Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2252 and 2252A, and I am authorized by law to request a search warrant.

2.     This affidavit is submitted in support of an application for a criminal complaint charging WILLIAM H. NORMANDIN, (D.O.B. xx/xx/1978) ("NORMANDIN") with distributing child pornography in violation of 18 U.S.C. 2252(a)(2) and possessing and accessing with intent to view child pornography in violation of 18 U.S.C. 2252(a)(4).

3.     On October 26, 2020, I applied for a search warrant to search the premises at 168 Gibbs Street, Newport, RI 02840 and submitted an affidavit in support.  That affidavit is attached to this affidavit as Exhibit A and incorporated by reference and restated herein for purposes of this affidavit.  The Kik username referenced in Exhibit A is "NOAHPEREZ22."

4.     Subsequent to the application for the search warrant, I learned from ICAC member Detective Joseph Lavallee that Det. Lavallee had received a separate lead related to the distribution of child pornography associated with NORMANDIN.  Specifically, Lavallee learned received a lead from Kik indicating that 2 videos of child pornography were shared by a Kik user "NOAHP0232" multiple times in February 2020.  The videos were shared using an IP address which Detective Lavallee was able to trace to NORMANDIN at 168 Gibbs Ave in Newport.  The following is a description of the two videos:

- a prepubescent female in a bath tub, with her genitals exposed in a lewd and lascivious manner, shown masturbating (sent multiple times on 2/22/2020 and 2/24/2020)

- a female of undetermined age performing oral sex on a prepubescent male approxi(sent multiple times 2/22/2020 and 2/24/2020)

5. In addition, Detective Lavallee learned that the email address associated with Kik user NOAHP0232 was a particular Google email address. Detective Lavallee served a search warrant on Google. The phone number associated with the email address was a phone number associated in public records with NORMANDIN, and was the same phone number of the smart phone in NORMANDIN's possession when I executed the search warrant at 168 Gibbs Avenue.

6. On October 29, 2020, the 168 Gibbs Avenue search warrant was executed by myself, Detective Lavallee, and other members of HSI and ICAC. The residence was occupied by NORMANDIN, his wife, and two minor children.

7. During the execution of the search warrant, NORMANDIN's smart phone was located. The phone number for the smart phone was the same phone number associated with the Google email address referenced above. A preliminary review of the smartphone was conducted by Computer Forensic Analyst Gerald Gent, a member of the ICAC Task Force. CFA Gent is trained in conducting forensic examinations of electronic media devices. The preliminary review required placing the phone in airplane mode. CFA Gent observed a new Kik account on the phone with the Kik username "jjpeters12." CFA Gent observed screen shots/video stills of videos in Kik

chats that appear to be child pornography in the new Kik account. Because the phone is in airplane mode for a preliminary examination, the full videos cannot be run until a complete forensic examination is possible. One such screenshot/video still depicted a prepubescent female with her legs spread exposing her genitals in a lewd and lascivious manner.

8. As noted in Exhibit A, in January 2020, HSI Providence received information from HSI Ottawa regarding Kik user NOAHPEREZ22. Kik reported that on August 11, 2019 at 20:54:41 UTC user NOAHPEREZ22 uploaded a video of child pornography from Internet Protocol (IP) address 72.200.189.48. The activity was reported for abuse. According to the information provided by Kik, user NOAHPEREZ22 was in a public group chat room titled "Tiny Subs" and sent the video of child pornography. I viewed the video and confirmed that the video is child pornography. The following is a description of the video uploaded to Kik by user NOAHPEREZ22:

> **Description:** the video depicts what appears to be a partially nude, from the waist down, prepubescent female sitting with her legs spread inserting what appears to be a curling iron into her vagina.

9. NORMANDIN was interviewed by myself and Detective Lavallee at the residence during the execution of the search warrant. NORMANDIN was advised of his Miranda rights. NORMANDIN signed the advice of rights form and agreed to voluntarily speak with us. NORMANDIN then proceeded to state, among other things the following:

- NORMANDIN admitted to being the username "NOAHPEREZ22" on the social media application Kik, and admitted that the account was shut down by Kik. When asked for his email address, NORMANDIN provided the email address associated with the Kik account NOAHPEREZ22.

- NORMANDIN stated that he did not specifically remember the other Kik accounts but he "probably did" create them.

- NORMANDIN acknowledged that child pornography included any depictions of children under the age of 18 engaged in explicit sexual activity.

- NORMANDIN admitted that he sent he pornographic videos from one Kik chat group to other Kik chat groups; when I reminded NORMANDIN that the videos he sent in the Kik chat rooms depicted prepubescent minors engaged in sexual activity and not merely adult pornography, NORMANDIN was non responsive. NORMANDIN described himself as a "horny old married guy" and said his preferred sexual interest age range is 16-21. NORMANDIN said his online activity is not how he would act in the real world and he would never hurt a child.

10. Based on the above, I believe there is probable cause to arrest WILLIAM H. NORMANDIN for knowingly distributing child pornography in violation of 18 U.S.C. 2252(a)(2); and possessing and accessing with intent to view child pornography in violation of 18 U.S.C. 2252(a)(4).

James V. Richardson
Special Agent
Homeland Security

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

October 29, 2020
_____
*Date*

_____
*Judge's signature*

X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶Providence RI
*City and State*

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*